**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR52 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **ADON FRANCO-ORELLANA,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the notice that the defendant Adon Franco-Orellana (Franco-Orellana) was unable to secure an appearance bond in Immigration Court (Filing No. 27-Sealed). Accordingly, Franco-Orellana's March 4, 2011, Order Setting Conditions of Release (Filing No. 15) is revoked and Franco-Orellana is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

DATED this 15th day of April, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge